UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JAMES RAY BURGESS, JR., )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>DR. ADHEM, )<br>)<br>Defendant. ) | 1:06-cv-473-SEB-VSS |

# E N T R Y

This cause is **dismissed for failure to prosecute**, a disposition based on the plaintiff's failure to keep the clerk informed of his whereabouts, which makes it impossible to proceed in this action.

Judgment dismissing this action without prejudice shall now issue.

**IT IS SO ORDERED**.

Date: 10/31/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana