UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| JAMES RAY BURGESS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:06-cv-473-SEB-VSS |
| | ) | |
| DR. ADHEM, | ) | |
| | ) | |
| Defendant. | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 10/31/2006

*Sarah Evans Barker* (signature)

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

James Ray Burgess Jr.
100 W. Washington St.
Muncie, IN 47305